# Payslip Details

## Employee Details

| | |
|---|---|
| **Person Number** | 27994997 |
| **Name** | Erica Musheno |
| **Home Address** | 506 Pancoast St<br>Dickson City, PA 18519 |
| **Company** | Bank of America, National Association<br>100 North Tryon Street<br>Suite 170<br>Charlotte, NC 28202 |
| **Work Location** | US - PA - Scranton - 1 Fleet Way (PA6580) |
| **State Business ID#** | 92358613 |
| **Cost Center** | 0001253220 |
| **GL Company** | 2295 |
| **Pay Rate** | $25.00  Hourly |

## Payroll Details

| | |
|---|---|
| **Pay Frequency** | Bi-weekly |
| **Pay Begin Date** | 01/12/2026 |
| **Pay End Date** | 01/25/2026 |
| **Advice #** | N/A |
| **Pay Date** | 01/30/2026 |

## Tax Details

| | |
|---|---|
| **Federal Tax Marital Status** | Single or Married filing separately |
| **Federal Allowances** | 0 |
| **Federal Addl Withholding** | $30.00 |
| **W-4 - Total Dependent Amount** | 0 |
| **W-4 – Multiple Jobs or Spouse Work** | Yes |
| **W-4 – Other Income** | 0 |
| **W-4 -  Deduction** | 0 |
| **PA Tax Marital Status** | |
| **PA Allowances** | 0 |
| **PA Addl Withholding** | $0.00 |

## Hours and Earnings

| Description | Prior Period Begin Date | Prior Period End Date | Rate | Current Hours | YTD Hours | Current Earnings | YTD Earnings |
|---|---|---|---|---|---|---|---|
| *GTL Imputed | | | | | | 0.09 | 0.27 |
| Holiday | | | 25 | 8 | 24 | 200.00 | 600.00 |
| Occasional Illness | | | 25 | 5.5 | 13.5 | 137.50 | 337.50 |
| Regular Earnings | | | 25 | 66.75 | 203 | 1,668.75 | 5,075.00 |
| Shift Differential | | | 0.08 | | | 160.50 | 481.00 |
| **Total (Hours and Earnings)**<br>* indicates an Imputed Earning | | | | | | **2,166.84** | **6,493.77** |

## Employee Taxes

| Description | Current Wages | YTD Wages | Current Withheld | YTD Withheld |
|---|---|---|---|---|
| Social Security | 2,069.02 | 6,200.31 | 128.28 | 384.42 |
| Medicare | 2,069.02 | 6,200.31 | 30.00 | 89.90 |
| Federal Withholding | 1,960.68 | 5,875.63 | 291.54 | 873.21 |
| State Tax (Work) - PA | 2,068.93 | 6,200.04 | 63.52 | 190.35 |
| Unemployment Ins - PA | 2,166.75 | 6,493.50 | 1.52 | 4.55 |
| City - MOOSI | 2,068.93 | 6,200.04 | 20.69 | 62.00 |
| PA Local Service Tax - | 2,068.93 | 6,200.04 | 2.00 | 6.00 |
| **Total (Taxes)** | | | **537.55** | **1,610.43** |

## Pre-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Pre-tax 401(k) | 108.34 | 324.68 |
| Dental (Regular) | 14.93 | 44.79 |
| Medical (Regular) | 42.74 | 128.22 |
| Purchased Time Off (Regular) | 36.92 | 110.76 |
| Vision (Regular) | 3.23 | 9.69 |
| **Total (Pre-Tax Deductions)** | **206.16** | **618.14** |

## After-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| 401(k) Plan Loan (001) | 39.36 | 118.08 |
| 401(k) Plan Loan (002) | 31.57 | 94.71 |
| **Total (After-Tax Deductions)** | **70.93** | **212.79** |

## Direct Deposit Distribution

| Financial Institution | Account | Type | Amount |
|---|---|---|---|
| Chime | ******3949 | Checking | 1,302.11 |
| First National Bank | ******5235 | Checking | 50.00 |

## Pay Summary

| | Gross (less imputed) | less Pre-Tax Deductions | less Taxes | less After-Tax Deductions | equals Net Pay |
|---|---|---|---|---|---|
| **Current** | 2,166.75 | 206.16 | 537.55 | 70.93 | 1,352.11 |
| **YTD** | 6,493.50 | 618.14 | 1,610.43 | 212.79 | 4,052.14 |

Visit HR Connect > Money > Payslips for information about your payslip. If you have questions, please contact the Global HR Service Center at 800.556.6044

# Payslip Details

| Time Off (Note: If you are a salaried employee, benefit hours taken may not be reflected in the available balance) | | | |
|---|---|---|---|
| Description | Current Period Accrual | Current Period Hours Taken | Available Balance |
| US - Occasional Illness | 3.08 | 5.5 | -5.21 |

# Payslip Details

<table>
<tr><td colspan="2"><strong>Employee Details</strong></td></tr>
<tr><td><strong>Person Number</strong></td><td>27994997</td></tr>
<tr><td><strong>Name</strong></td><td>Erica Musheno</td></tr>
<tr><td><strong>Home Address</strong></td><td>506 Pancoast St<br>Dickson City, PA 18519</td></tr>
<tr><td><strong>Company</strong></td><td>Bank of America, National Association<br>100 North Tryon Street<br>Suite 170<br>Charlotte, NC 28202</td></tr>
<tr><td><strong>Work Location</strong></td><td>US - PA - Scranton - 1 Fleet Way (PA6580)</td></tr>
<tr><td><strong>State Business ID#</strong></td><td>92358613</td></tr>
<tr><td><strong>Cost Center</strong></td><td>0001253220</td></tr>
<tr><td><strong>GL Company</strong></td><td>2295</td></tr>
<tr><td><strong>Pay Rate</strong></td><td>$25.50 Hourly</td></tr>
</table>

<table>
<tr><td colspan="2"><strong>Payroll Details</strong></td></tr>
<tr><td><strong>Pay Frequency</strong></td><td>Bi-weekly</td></tr>
<tr><td><strong>Pay Begin Date</strong></td><td>01/26/2026</td></tr>
<tr><td><strong>Pay End Date</strong></td><td>02/08/2026</td></tr>
<tr><td><strong>Advice #</strong></td><td>N/A</td></tr>
<tr><td><strong>Pay Date</strong></td><td>02/13/2026</td></tr>
</table>

<table>
<tr><td colspan="2"><strong>Tax Details</strong></td></tr>
<tr><td><strong>Federal Tax Marital Status</strong></td><td>Single or Married filing separately</td></tr>
<tr><td><strong>Federal Allowances</strong></td><td>0</td></tr>
<tr><td><strong>Federal Addl Withholding</strong></td><td>$30.00</td></tr>
<tr><td><strong>W-4 - Total Dependent Amount</strong></td><td>0</td></tr>
<tr><td><strong>W-4 – Multiple Jobs or Spouse Work</strong></td><td>Yes</td></tr>
<tr><td><strong>W-4 – Other Income</strong></td><td>0</td></tr>
<tr><td><strong>W-4 - Deduction</strong></td><td>0</td></tr>
<tr><td><strong>PA Tax Marital Status</strong></td><td></td></tr>
<tr><td><strong>PA Allowances</strong></td><td>0</td></tr>
<tr><td><strong>PA Addl Withholding</strong></td><td>$0.00</td></tr>
</table>

## Hours and Earnings

| Description | Prior Period Begin Date | Prior Period End Date | Rate | Current Hours | YTD Hours | Current Earnings | YTD Earnings |
|---|---|---|---|---|---|---|---|
| *GTL Imputed | | | | | | 0.09 | 0.36 |
| Holiday | | | | | | | 600.00 |
| Occasional Illness | | | 25.5 | 3 | 16.5 | 76.50 | 414.00 |
| Regular Earnings | | | 25.5 | 77 | 280 | 1,963.50 | 7,038.50 |
| Shift Differential | | | | | | | 481.00 |
| Well Rewards | | | | | | | 10.56 |
| **Total (Hours and Earnings)**<br>* indicates an Imputed Earning | | | | | | **2,040.09** | **8,544.42** |

## Employee Taxes

| Description | Current Wages | YTD Wages | Current Withheld | YTD Withheld |
|---|---|---|---|---|
| Social Security | 1,942.27 | 8,153.14 | 120.42 | 505.49 |
| Medicare | 1,942.27 | 8,153.14 | 28.16 | 118.22 |
| Federal Withholding | 1,840.27 | 7,726.46 | 265.05 | 1,140.58 |
| State Tax (Work) - PA | 1,942.18 | 8,152.78 | 59.62 | 250.29 |
| Unemployment Ins - PA | 2,040.00 | 8,544.06 | 1.43 | 5.98 |
| City - MOOSI | 1,942.18 | 8,152.78 | 19.42 | 81.53 |
| PA Local Service Tax - | 0.00 | 0.00 | | 8.00 |
| **Total (Taxes)** | | | **494.10** | **2,110.09** |

## Pre-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Pre-tax 401(k) | 102.00 | 426.68 |
| Dental (Regular) | 14.93 | 59.72 |
| Medical (Regular) | 42.74 | 170.96 |
| Purchased Time Off (Regular) | 36.92 | 147.68 |
| Vision (Regular) | 3.23 | 12.92 |
| **Total (Pre-Tax Deductions)** | **199.82** | **817.96** |

## After-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| 401(k) Plan Loan (001) | 39.36 | 157.44 |
| 401(k) Plan Loan (002) | 31.57 | 126.28 |
| GUOffsetWEL | | 5.00 |
| **Total (After-Tax Deductions)** | **70.93** | **288.72** |

## Direct Deposit Distribution

| Financial Institution | Account | Type | Amount |
|---|---|---|---|
| First National Bank | ******5235 | | 50.00 |
| Chime | ******3949 | | 1,225.15 |

## Pay Summary

| | Gross (less imputed) | less Pre-Tax Deductions | less Taxes | less After-Tax Deductions | equals Net Pay |
|---|---|---|---|---|---|
| **Current** | 2,040.00 | 199.82 | 494.10 | 70.93 | 1,275.15 |
| **YTD** | 8,544.06 | 817.96 | 2,110.09 | 288.72 | 5,327.29 |

Visit HR Connect > Money > Payslips for information about your payslip. If you have questions, please contact the Global HR Service Center at 800.556.6044

# Payslip Details

| Time Off (Note: If you are a salaried employee, benefit hours taken may not be reflected in the available balance) | | | |
|---|---|---|---|
| Description | Current Period Accrual | Current Period Hours Taken | Available Balance |
| US - Occasional Illness | 3.08 | 3 | -5.13 |

# Payslip Details

## Employee Details

| Employee Details | |
|---|---|
| Person Number | 27994997 |
| Name | Erica Musheno |
| Home Address | 506 Pancoast St<br>Dickson City, PA 18519 |
| Company | Bank of America, National Association<br>100 North Tryon Street<br>Suite 170<br>Charlotte, NC 28202 |
| Work Location | US - PA - Scranton - 1 Fleet Way (PA6580) |
| State Business ID# | 92358613 |
| Cost Center | 0001253220 |
| GL Company | 2295 |
| Pay Rate | $25.50  Hourly |

## Payroll Details

| Payroll Details | |
|---|---|
| Pay Frequency | Bi-weekly |
| Pay Begin Date | 02/09/2026 |
| Pay End Date | 02/22/2026 |
| Advice # | N/A |
| Pay Date | 02/27/2026 |

## Tax Details

| Tax Details | |
|---|---|
| Federal Tax Marital Status | Single or Married filing separately |
| Federal Allowances | 0 |
| Federal Addl Withholding | $30.00 |
| W-4 - Total Dependent Amount | 0 |
| W-4 – Multiple Jobs or Spouse Work | Yes |
| W-4 – Other Income | 0 |
| W-4 -  Deduction | 0 |
| PA Tax Marital Status | |
| PA Allowances | 0 |
| PA Addl Withholding | $0.00 |

## Hours and Earnings

| Description | Prior Period Begin Date | Prior Period End Date | Rate | Current Hours | YTD Hours | Current Earnings | YTD Earnings |
|---|---|---|---|---|---|---|---|
| *GTL Imputed | | | | | | 0.18 | 0.54 |
| Holiday | | | 25.5 | 8 | 32 | 204.00 | 804.00 |
| Occasional Illness | | | 25.5 | 8 | 24.5 | 204.00 | 618.00 |
| Time-and-a-Half OT | | | 38.25 | 4 | 4 | 153.00 | 153.00 |
| Regular Earnings | | | 25.5 | 62 | 342 | 1,581.00 | 8,619.50 |
| Shift Differential | | | | | | | 481.00 |
| Well Rewards | | | | | | | 10.56 |
| **Total (Hours and Earnings)**<br>* indicates an Imputed Earning | | | | | | **2,142.18** | **10,686.60** |

## Employee Taxes

| Description | Current Wages | YTD Wages | Current Withheld | YTD Withheld |
|---|---|---|---|---|
| Social Security | 2,044.36 | 10,197.50 | 126.76 | 632.25 |
| Medicare | 2,044.36 | 10,197.50 | 29.64 | 147.86 |
| Federal Withholding | 1,937.26 | 9,663.72 | 286.39 | 1,426.97 |
| State Tax (Work) - PA | 2,044.18 | 10,196.96 | 62.76 | 313.05 |
| Unemployment Ins - PA | 2,142.00 | 10,686.06 | 1.50 | 7.48 |
| City - MOOSI | 2,044.18 | 10,196.96 | 20.44 | 101.97 |
| PA Local Service Tax - | 2,044.18 | 8,254.78 | 2.00 | 10.00 |
| **Total (Taxes)** | | | **529.49** | **2,639.58** |

## Direct Deposit Distribution

| Financial Institution | Account | Type | Amount |
|---|---|---|---|
| Chime | ******3949 | | 1,286.66 |
| First National Bank | ******5235 | | 50.00 |

## Pre-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Pre-tax 401(k) | 107.10 | 533.78 |
| Dental (Regular) | 14.93 | 74.65 |
| Medical (Regular) | 42.74 | 213.70 |
| Purchased Time Off (Regular) | 36.92 | 184.60 |
| Vision (Regular) | 3.23 | 16.15 |
| **Total (Pre-Tax Deductions)** | **204.92** | **1,022.88** |

## After-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| 401(k) Plan Loan (001) | 39.36 | 196.80 |
| 401(k) Plan Loan (002) | 31.57 | 157.85 |
| GUOffsetWEL | | 5.00 |
| **Total (After-Tax Deductions)** | **70.93** | **359.65** |

## Pay Summary

| | Gross (less imputed) | less Pre-Tax Deductions | less Taxes | less After-Tax Deductions | equals Net Pay |
|---|---|---|---|---|---|
| Current | 2,142.00 | 204.92 | 529.49 | 70.93 | 1,336.66 |
| YTD | 10,686.06 | 1,022.88 | 2,639.58 | 359.65 | 6,663.95 |

Visit HR Connect > Money > Payslips for information about your payslip. If you have questions, please contact the Global HR Service Center at 800.556.6044

# Payslip Details

| Time Off (Note: If you are a salaried employee, benefit hours taken may not be reflected in the available balance) | | | |
|---|---|---|---|
| Description | Current Period Accrual | Current Period Hours Taken | Available Balance |
| US - Occasional Illness | 3.08 | 8 | -10.05 |

# Payslip Details

## Employee Details

| | |
|---|---|
| **Person Number** | 27994997 |
| **Name** | Erica Musheno |
| **Home Address** | 506 Pancoast St<br>Dickson City, PA 18519 |
| **Company** | Bank of America, National Association<br>100 North Tryon Street<br>Suite 170<br>Charlotte, NC 28202 |
| **Work Location** | US - PA - Scranton - 1 Fleet Way (PA6580) |
| **State Business ID#** | 92358613 |
| **Cost Center** | 0001253220 |
| **GL Company** | 2295 |
| **Pay Rate** | $25.50  Hourly |

## Payroll Details

| | |
|---|---|
| **Pay Frequency** | Bi-weekly |
| **Pay Begin Date** | 02/23/2026 |
| **Pay End Date** | 03/08/2026 |
| **Advice #** | N/A |
| **Pay Date** | 03/13/2026 |

## Tax Details

| | |
|---|---|
| **Federal Tax Marital Status** | Single or Married filing separately |
| **Federal Allowances** | 0 |
| **Federal Addl Withholding** | $30.00 |
| **W-4 - Total Dependent Amount** | 0 |
| **W-4 – Multiple Jobs or Spouse Work** | Yes |
| **W-4 – Other Income** | 0 |
| **W-4 - Deduction** | 0 |
| **PA Tax Marital Status** | |
| **PA Allowances** | 0 |
| **PA Addl Withholding** | $0.00 |

## Hours and Earnings

| Description | Prior Period Begin Date | Prior Period End Date | Rate | Current Hours | YTD Hours | Current Earnings | YTD Earnings |
|---|---|---|---|---|---|---|---|
| *GTL Imputed | | | | | | 0.18 | 0.72 |
| Holiday | | | | | | | 804.00 |
| Occasional Illness | | | | | | | 618.00 |
| Time-and-a-Half OT | | | 38.25 | 4.75 | 8.75 | 181.70 | 334.70 |
| Regular Earnings | | | 25.5 | 80 | 422 | 2,040.00 | 10,659.50 |
| RS Unit Vesting | | | | | | | 647.79 |
| Shift Differential | | | | | | | 481.00 |
| Well Rewards | | | | | | | 10.56 |
| **Total (Hours and Earnings)**<br>* indicates an Imputed Earning | | | | | | **2,221.88** | **13,556.27** |

## Employee Taxes

| Description | Current Wages | YTD Wages | Current Withheld | YTD Withheld |
|---|---|---|---|---|
| Social Security | 2,124.06 | 12,969.35 | 131.69 | 804.10 |
| Medicare | 2,124.06 | 12,969.35 | 30.80 | 188.06 |
| Federal Withholding | 2,012.97 | 12,324.48 | 303.05 | 1,872.53 |
| State Tax (Work) - PA | 2,123.88 | 12,968.63 | 65.20 | 398.14 |
| Unemployment Ins - PA | 2,221.70 | 13,555.55 | 1.56 | 9.49 |
| City - MOOSI | 2,123.88 | 12,968.63 | 21.24 | 129.69 |
| PA Local Service Tax - | 0.00 | 0.00 | | 12.00 |
| **Total (Taxes)** | | | **553.54** | **3,414.01** |

## Pre-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Pre-tax 401(k) | 111.09 | 644.87 |
| Dental (Regular) | 14.93 | 89.58 |
| Medical (Regular) | 42.74 | 256.44 |
| Purchased Time Off (Regular) | 36.92 | 221.52 |
| Vision (Regular) | 3.23 | 19.38 |
| **Total (Pre-Tax Deductions)** | **208.91** | **1,231.79** |

## After-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| 401(k) Plan Loan (001) | 39.36 | 236.16 |
| 401(k) Plan Loan (002) | 31.57 | 189.42 |
| GUOffsetWEL | | 5.00 |
| RSU Vest Net | | 426.90 |
| **Total (After-Tax Deductions)** | **70.93** | **857.48** |

## Direct Deposit Distribution

| Financial Institution | Account | Type | Amount |
|---|---|---|---|
| Chime | ******3949 | Checking | 1,338.32 |
| First National Bank | ******5235 | Checking | 50.00 |

## Pay Summary

| | Gross (less imputed) | less Pre-Tax Deductions | less Taxes | less After-Tax Deductions | equals Net Pay |
|---|---|---|---|---|---|
| **Current** | 2,221.70 | 208.91 | 553.54 | 70.93 | 1,388.32 |
| **YTD** | 13,555.55 | 1,231.79 | 3,414.01 | 857.48 | 8,052.27 |

Visit HR Connect > Money > Payslips for information about your payslip. If you have questions, please contact the Global HR Service Center at 800.556.6044

# Payslip Details

| Time Off (Note: If you are a salaried employee, benefit hours taken may not be reflected in the available balance) | | | |
|---|---|---|---|
| Description | Current Period Accrual | Current Period Hours Taken | Available Balance |
| US - Occasional Illness | 3.08 | 0 | -6.97 |