Certificate Number: 17082-PAM-DE-040805159

Bankruptcy Case Number: 26-00757



17082-PAM-DE-040805159

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 31, 2026, at 11:55 o'clock AM MST, ERICA MUSHENO completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: April 1, 2026

By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director