# SABATINI LAW FIRM, LLC

**CARLO SABATINI**
**KRISTIN SABATINI**

216 N. Blakely St.
Dunmore, PA 18512
Phone: (570) 341-9000
Fax: (570) 504-2769
**Satellite Office:** Wilkes-Barre 823-9000

April 20, 2026

Bankruptcy Clerks Office
U.S. Bankruptcy Court
197 S. Main St.
Wilkes-Barre, PA 18701

      **RE: In re Erica Musheno**
         **Bankruptcy Court Case No.: 5:26-bk-00757-MJC**

Dear Sir or Madam:

    The notice sent to Chime/Stride Bank, N.A. in the above case was returned to my office because the address was incorrect. Kindly change the address for Chime/Stride Bank, N.A. on the mailing matrix to the following:

OLD ADDRESS:
Chime/Stride Bank, N.A.
PO Box 41
San Francisco, PA 94107

NEW ADDRESS:
Chime/Stride Bank, N.A.
101 California Street, 5th Floor
San Francisco, PA 94111

    Thank you for your assistance. If you have any questions, please do not hesitate to contact me.

          Sincerely yours,

          s/Tiffany Bator
          Tiffany Bator
          Paralegal

/tb

* Board Certified - Consumer Bankruptcy Law - American Board of Certification