Carlo Sabatini, ID # 83831
Attorney for Debtor
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512
(570) 341-9000

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re  Erica Musheno, | Chapter 7 |
| Debtor | Case No. 5:26-bk-00757-MJC |

## <u>CERTIFICATE OF SERVICE</u>

I, Amber Werner, hereby certify that on April 20, 2026, I served a true and correct copy of Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors & Deadlines upon the below creditor by depositing said document in the United States mail, first class, postage prepaid, addressed as follows:

Chime/Stride Bank, N.A.
101 California Street, 5th Floor, San
Francisco, CA 94111

Dated: April 27, 2026                    s/ Amber Werner
                                         Amber Werner, Legal Assistant