# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Erica Ann Musheno, aka Erica Musheno, aka Erica A Musheno, fka Erica Prendersgast, fka Erica A Prendersgast, fka Erica Ann Prendersgast, | Chapter 7 |
| | Case No. 5:26−bk−00757−MJC |

**Debtor 1**

Social Security No.:

xxx−xx−2622

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

**John J Martin**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

BY THE COURT
By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated:  June 26, 2026

**fnldecac** (05/18)