In re:                                                          Case No. 26-00757-MJC

Erica Ann Musheno                                               Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                    User: admin                           Page 1 of 3

Date Rcvd: Jun 26, 2026                 Form ID: 318                           Total Noticed: 35

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Erica Ann Musheno, 506 Pancoast St, Scranton, PA 18519-1121 |
| 5789382 | + | Bank of America 401(k) plan, 401 N Tryon St, NC-021-08-03, Charlotte, NC 28202-2196 |
| 5789395 | | First National Bank of Omaha, Attn: Bankruptcy, 275 Battery St, Fl 23, San Francisco, CA 94111-3305 |
| 5789406 | ++ | JEFFERSON CAPITAL SYSTEM LLC, MAILROOM, 200 14TH AVE E, SARTELL MN 56377-4500 address filed with court:, T Mobile, PO Box 742596, Cincinnati, OH 45274-2596 |
| 5789400 | | Pennsylvania Ambulance LLC, Attn: Bankruptcy, 2300 Gettysburg Rd, Ste 102, Camp Hill, PA 17011-7303 |
| 5789409 | | US Attorney for the PA Middle District, William J. Nealon Federal Building, 235 N Washington Ave Ste 311, Scranton, PA 18503-1533 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 5789379 | + | EDI: WFNNB.COM | Jun 26 2026 22:37:00 | ADS/Comenity/Ulta, PO Box 182120, Columbus, OH 43218-2120 |
| 5789380 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jun 26 2026 18:52:20 | Affirm, Attn: Bankruptcy Notice, 30 Isabella St Ste 4, Pittsburgh, PA 15212-5862 |
| 5789381 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jun 26 2026 18:36:00 | Apple Card/GS Bank USA, Attn: Bankruptcy, PO Box 70379, Philadelphia, PA 19176-0379 |
| 5789383 | | EDI: TSYS2 | Jun 26 2026 22:37:00 | Barclays Bank/Old Navy, PO Box 8803, Wilmington, DE 19899-8803 |
| 5789388 | + | EDI: CITICORP | Jun 26 2026 22:37:00 | CITI CARDS/CITIBANK, PO BOX 6241, Sioux Falls, SD 57117-6241 |
| 5789391 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Jun 26 2026 18:36:00 | Credit Corp Solutions, 121 W Election Rd, Draper, UT 84020-7720 |
| 5789384 | | EDI: CAPITALONE.COM | Jun 26 2026 22:37:00 | Capital One, AttN: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5789385 | + | Email/Text: omx-bnc-bk-notices@chime.com | Jun 26 2026 18:36:00 | Chime/Stride Bank NA, 101 California St 5th Fl, San Francisco, PA 94111-5800 |
| 5789386 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 26 2026 18:36:00 | Chrysler Capital, Attn: Bankruptcy Dept., PO Box 961278, Fort Worth, TX 76161-0278 |
| 5789389 | + | EDI: COMCASTCBLCENT | Jun 26 2026 22:37:00 | Comcast, 1701 John F. Kennedy Boulevard, Philadelphia , PA 19103-2899 |
| 5789390 | | Email/Text: dylan.succa@commercialacceptance.net | Jun 26 2026 18:36:00 | Commercial Acceptance Company, 2300 Gettysburg Rd, Suite 102, Camp Hill, PA 17011-7303 |
| 5789392 | | Email/PDF: creditonebknotifications@resurgent.com | Jun 26 2026 18:52:20 | Credit One Bank, Attn: Bankruptcy Department, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5789394 | | EDI: DISCOVER | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jun 26 2026 22:37:00 | Discover Bank, Attn: Bankruptcy, PO Box 30943, Salt Lake City, UT 84130-0943 |
| 5789393 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 26 2026 18:36:00 | Dept of Education/Nelnet, PO Box 82561, Lincoln, NE 68501-2561 |
| 5789396 | | Email/Text: bankruptcy@firstpointcollectionresources.com | Jun 26 2026 18:36:00 | First Point Collection Resources, Inc, 225 Commerce Pl, Greensboro, NC 27401-2426 |
| 5789406 | | EDI: JCTM | Jun 26 2026 22:37:00 | T Mobile, PO Box 742596, Cincinnati, OH 45274-2596 |
| 5789397 | | EDI: JPMORGANCHASE | Jun 26 2026 22:37:00 | JPMorgan Chase Bank, Attn: Bankruptcy, PO Box 15299, Wilmington, DE 19850-5299 |
| 5789398 | + | EDI: CITICORP | Jun 26 2026 22:37:00 | Macys/CBNA, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 5789399 | | EDI: AGFINANCE.COM | Jun 26 2026 22:37:00 | One Main Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 5789401 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 26 2026 18:36:00 | PNC Bank, N.A., Attn: Bankruptcy, 300 5th Ave, Pittsburgh, PA 15222-2401 |
| 5789402 | ^ | MEBN | Jun 26 2026 18:35:44 | PPL, 827 Hausman Road, Allentown , PA 18104-9392 |
| 5789403 | | Email/PDF: SoFiBKNotifications@resurgent.com | Jun 26 2026 18:52:20 | Sofi Bank, N.A, Attn: Bankruptcy, 2750 E Cottonwood Pkwy, Ste 300, Salt Lake City, UT 84121-7285 |
| 5789404 | | EDI: SYNC | Jun 26 2026 22:37:00 | Synchrony Bank/American Eagle, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 5789405 | | EDI: SYNC | Jun 26 2026 22:37:00 | Synchrony Bank/Venmo, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 5789407 | | EDI: WTRRNBANK.COM | Jun 26 2026 22:37:00 | TD Bank USA/Target Credit, c/o Financial & Retail Srvs Mailstop BT, PO Box 9475, Minneapolis, MN 55440-9475 |
| 5789408 | | EDI: CITICORP | Jun 26 2026 22:37:00 | The Home Depot/CBNA, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790046, Saint Louis, MO 63179-0046 |
| 5789410 | | Email/Text: edbknotices@ecmc.org | Jun 26 2026 18:36:00 | US Department of Education, 400 Maryland Ave SW, Washington, DC 20202-0001 |
| 5789411 | | EDI: WFFC2 | Jun 26 2026 22:37:00 | Wells Fargo, Attn: Bankruptcy, PO Box 393, Minneapolis, MN 55480-0393 |
| 5789412 | ^ | MEBN | Jun 26 2026 18:35:39 | Weltman, Weinberg & Reis Co., L.P.A., 520 Walnut St, Suite 1355, Philadelphia, PA 19106-3602 |
| 5789413 | | EDI: COMCASTCBLCENT | Jun 26 2026 22:37:00 | Xfinity, PO Box 21129, Eagan, MN 55121-0129 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5789387 | *+ | Chrysler Capital, Attn: Bankruptcy Dept., PO Box 961278, Fort Worth, TX 76161-0278 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

**in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carlo Sabatini | on behalf of Debtor 1 Erica Ann Musheno usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| John J Martin | pa36@ecfcbis.com  jmartin@martin-law.net;kmartin@martin-law.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

Information to identify the case:

| | | |
|---|---|---|
| Debtor 1 | Erica Ann Musheno | Social Security number or ITIN xxx–xx–2622 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:26–bk–00757–MJC | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Erica Ann Musheno
aka Erica Musheno, aka Erica A Musheno, fka
Erica Prendersgast, fka Erica A Prendersgast,
fka Erica Ann Prendersgast

**By the court:**

6/26/26

Mark J. Conway, United States
Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Case 5:26-bk-00757-MJC   Doc 16   Filed 06/28/26   Entered 06/29/26 00:29:59   Desc
Imaged Certificate of Notice   Page 4 of 5

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support
 obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
 decided or will decide are not discharged
 in this bankruptcy case;

♦ debts for most fines, penalties,
 forfeitures, or criminal restitution
 obligations;

♦ some debts which the debtors did not
 properly list;

♦ debts for certain types of loans owed to
 pension, profit sharing, stock bonus, or
 retirement plans; and

♦ debts for death or personal injury caused
 by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

> **This information is only a general summary
> of the bankruptcy discharge; some
> exceptions exist. Because the law is
> complicated, you should consult an
> attorney to determine the exact effect of the
> discharge in this case.**

Case 5:26-bk-00757-MJC Doc 16 Filed 06/28/26 Entered 06/29/26 00:29:59 Desc
Imaged Certificate of Notice Page 5 of 5